| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  American Vein & Lymphatic Society

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**4. Debtor's address**

**Principal place of business**

**434 West Ontario Street**
**Chicago, IL 60654**
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **American Vein & Lymphatic Society**　　　　Case number (*if known*)
　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor **American Vein & Lymphatic Society** _____  Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **American Vein & Lymphatic Society**_____  Case number (*if known*)_____
   Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **American Vein & Lymphatic Society**
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/19/2024
MM / DD / YYYY

**X** /s/ Satish Vayuvegula, MD       Satish Vayuvegula, M.D.
Signature of authorized representative of debtor       Printed name

Title   President

**18. Signature of attorney**

**X**  /s/ Thomas R. Fawkes       Date  12/19/2024
Signature of attorney for debtor       MM / DD / YYYY

**Thomas Fawkes**
Printed name

**Tucker Ellis LLP**
Firm name

**233 S. Wacker Dr.
Suite 6950
Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone  312-256-9425       Email address  Thomas.Fawkes@tuckerellis.com

**6277451 IL**
Bar number and State

# United States Bankruptcy Court
## Northern District of Illinois

In re **American Vein & Lymphatic Society**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Vein & Lymphatic Society** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

12/19/2024  
Date

/s/ Thomas R. Fawkes  
**Thomas Fawkes**  
Signature of Attorney or Litigant  
Counsel for **American Vein & Lymphatic Society**  
**Tucker Ellis LLP**  
**233 S. Wacker Dr.**  
**Suite 6950**  
**Chicago, IL 60606**  
**312-256-9425 Fax:216-592-5009**  
**Thomas.Fawkes@tuckerellis.com**

## United States Bankruptcy Court
### Northern District of Illinois

In re **American Vein & Lymphatic Society**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  12/19/2024      Signature  _/s/ illegible, MD_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Fill in this information to identify the case:

Debtor name: **American Vein & Lymphatic Society**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGS Exposition Services<br>4561 SW 34th Street<br>Orlando, FL 32811 | | Professional service | | | | $62,255.27 |
| Barnes & Thornburg<br>11 S. Meridian St<br>Indianapolis, IN 46204 | | Professional service | | | | $24,900.00 |
| Brokstein & Associates<br>2300 Contra Costa Blvd, Ste 230<br>Pleasant Hill, CA 94523 | | Professional service | | | | $26,334.00 |
| Cadmium<br>PO Box 92214<br>Las Vegas, NV 89193 | | Utilities | | | | $47,826.00 |
| Complete Crewing<br>2334 . North Avenue<br>Chicago, IL 60647 | | Professional service | | | | $72,736.00 |
| CVENT<br>1765 Greensboro Station Place<br>7th Floor<br>Tysons Corner, VA 22102 | | Professional service | | | | $25,572.77 |
| EXPO Convention Contractors<br>15959 NW 15th Ave<br>Miami, FL 33169 | | Professional service | | | | $45,209.48 |
| Fontainebleau Miami Beach<br>4441 Collins Ave<br>Miami Beach, FL 33140 | | Credit card purchases | | | | $187,356.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **American Vein & Lymphatic Society**　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gladstone** 1650 Owens Street San Francisco, CA 94158 | | **Utilities** | | | | $87,467.62 |
| **HYATT Regency New Orleans** 601 Loyola Ave. New Orleans, LA 70113 | | **Professional service** | | | | $176,528.81 |
| **Loews Hotels & Co** 9 West 57th St., 20th Floor New York, NY 10019 | | **Professional service** | | | | $195,432.44 |
| **MBCC Labor** 1901 Convention Center Drive Miami Beach, FL 33139 | | | | | | $106,000.00 |
| **Royal Palm** 1545 Collins Ave. Miami Beach, FL 33139 | | **Credit card purchases** | | | | $21,381.00 |
| **Sheraton Chicago Hotel and Towers** 301 East North Water Street Chicago, IL 60611 | | **Credit card purchases** | | | | $375,872.89 |
| **Sodexo Live!** 1 Independence Pointe Suite 305 Greenville, SC 29615 | | **Professional service** | | | | $34,513.91 |
| **Sound, Production, Lighting** 8111 St. Louis Ave., Suite 2F Skokie, IL 60076 | | **Professional service** | | | | $33,916.53 |
| **U.S. Small Business Administration** 409 3rd St., SW Washington, DC 20416 | | **Loan** | | | | $150,000.00 |
| **UIIP 2023** Level 5, 7 Help St. Chatswood, New South Wales, 2067 Australia | | **Professional service** | | | | $150,000.00 |
| **Vision Press** 2333 San Ramon Valley Blvd Ste 175 San Ramon, CA 94583 | | **Professional service** | | | | $23,615.74 |

Debtor **American Vein & Lymphatic Society**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wordly**<br>**175 S. San Antonio Rd., Suite #102**<br>**Los Altos, CA 94022** | | **Professional service** | | | | $21,000.00 |

**Fill in this information to identify the case:**

Debtor name **American Vein & Lymphatic Society**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/19/2024          X   _/s/ signature_
                                   Signature of individual signing on behalf of debtor

                                   Satish Vayuvegula, M.D.
                                   Printed name

                                   President
                                   Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **American Vein & Lymphatic Society**                          Case No.
Debtor(s)                                                             Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **49**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  12/19/2024

/ Satish Vayuvegula M.D., President
Signer/Title

Abila
PO Box 737451
Dallas, TX 75373

ACCME
35 East Wacker Dr, Suite 850
Chicago, IL 60601

Adobe
29322 Network Place
Chicago, IL 60673-1293

AGS Exposition Services
4561 SW 34th Street
Orlando, FL 32811

Alliance of Wound Care
5225 Pooks Hill Road, Suite 627 S
Bethesda, MD 20814

AVF
1061 E Main St., Ste 300
Dundee, IL 60118-2431

Barnes & Thornburg
11 S. Meridian St
Indianapolis, IN 46204

BoardPAQ
112 S Main Street
Saint Charles, MO 63301

Brokstein & Associates
2300 Contra Costa Blvd, Ste 230
Pleasant Hill, CA 94523

Cadmium
PO Box 92214
Las Vegas, NV 89193

Carlos Echevarria
13640 N 99th Ave Ste 200
Sun City, AZ 85351

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850


Comcast Cable
P.O. Box 70219
Philadelphia, PA 19176


Complete Crewing
2334 . North Avenue
Chicago, IL 60647


CVENT
1765 Greensboro Station Place
7th Floor
Tysons Corner, VA 22102


Dendrite
5th Floor Reading Bridge House
George Street
Reading, UK


Desmond & Ahern
10827 S Western Ave
Chicago, IL 60643


Doc Matter
560 Davis St Ste 150
San Francisco, CA 94111


EXPO Convention Contractors
15959 NW 15th Ave
Miami, FL 33169


Fdn. for Venous & Lymphatic Disease
529 14th St NW Ste 1280
Washington, DC 20045


Fontainebleau Miami Beach
4441 Collins Ave
Miami Beach, FL 33140


Freestone
560 Mission Street, Suite 2800
San Francisco, CA 94105

Gladstone
1650 Owens Street
San Francisco, CA 94158

Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045

Hyatt Centric
1325 Wilson Blvd
Arlington, VA 22209

HYATT Regency New Orleans
601 Loyola Ave.
New Orleans, LA 70113

Key Transportation Worldwide Svcs
13215 West Okeechobee Rd
Hialeah, FL 33018

Learnswell
535 Middlefield Road, Suite 280

Menlo Park, CA 94025

Liberty Partners
300 New Jersey Ave, NW Suite 900
Washington, DC 20001

Loan Lam
3609 Madaca Lane
Tampa, FL 33618

Loews Hotels & Co
9 West 57th St., 20th Floor
New York, NY 10019

Lugo Creative
5809 Hawk Ridge Road
Frederick, MD 21704

Macquarie Equipment Capital Inc.
PO Box 714865
Cincinnati, OH 45271

MBCC Labor
1901 Convention Center Drive
Miami Beach, FL 33139

Royal Palm
1545 Collins Ave.
Miami Beach, FL 33139

SAGE Pub
2380 Conejo Spectrum Street
Thousand Oaks, CA 91320

Sheraton Chicago Hotel and Towers
301 East North Water Street
Chicago, IL 60611

Sodexo Live!
1 Independence Pointe Suite 305
Greenville, SC 29615

Sound, Production, Lighting
8111 St. Louis Ave., Suite 2F
Skokie, IL 60076

Stephen Moss
c/o Labor Commissioner's Office
1515 Clay St., Ste. 801
Oakland, CA 94612

SVS
9400 W. Higgins Rd., Suite 315
Des Plaines, IL 60018

TeamLogic IT
4001 N 9th St., Suite 106
Arlington, VA 22203

Trident
 2040 Reserve Blvd Suite B
Spring Hill, TN 37174

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

```
UIIP 2023
Level 5, 7 Help St.
Chatswood, New South Wales, 2067
Australia


US BANK CC
800 Nicollet Mall
Minneapolis, MN 55402


Vision Press
2333 San Ramon Valley Blvd Ste 175
San Ramon, CA 94583


WebToMed
1515 S Grove Ave, #3637
Barrington, IL 60011


Wordly
175 S. San Antonio Rd., Suite #102
Los Altos, CA 94022
```